ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Dustin Lee Locklear            Docket No. 7:14-CR-2-1 BO

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting an official report upon the conduct of defendant, Dustin Lee Locklear, who appeared for arraignment on the 3rd day of February, 2014, and was released pending sentencing by the Honorable Terrence W. Boyle, U.S. District Judge, sitting in the Court at Raleigh, NC, under the following condition:

- Report to the probation office or supervising officer as directed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was charged with Misdemeanor Possession of Marijuana and Possession of Drug Paraphernalia in Robeson County, North Carolina on July 2, 2014. According to the charging officer, the charge was the result of a vehicle stop and the driver of the vehicle and another passenger were both found in possession of marijuana. There was also a partially-burned marijuana cigarette in the ashtray. No marijuana was found on the defendant's person.

The defendant voluntarily submitted to a urinalysis on July 10, 2014, and tested negative for illegal drugs. He denies possessing marijuana on July 2, 2014. Further, he signed a waiver to add drug testing and treatment to his conditions of release. Defense counsel and the Assistant U.S. Attorney have been consulted and voiced no objection to the proposed modifications. We recommend continuing supervision pending outcome of the charges in state court.

**PRAYING THAT THE COURT WILL ORDER** the following additional conditions of release:

Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

Dustin Lee Locklear
Docket No. 7:14-CR-2-1BO
Petition For Action
Page 2

Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/Thomas E. Sheppard |
| Robert K. Britt | Thomas E. Sheppard |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: July 16, 2014 |

## ORDER OF COURT

Considered and ordered this 17 day of July, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge