UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-2-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| DUSTIN LEE LOCKLEAR, | ) | |
| Defendant | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry No. 31 including its accompanying attachments be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Proposed Sealed Motion [DE-31] to the office of Counsel for the Defendant and the Government.

SO ORDERED. This _16_ day of September, 2014.

Terrence W. Boyle
United States District Judge