UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dustin Lee Locklear**  Docket No. 7:14-CR-2-1BO

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dustin Lee Locklear, who, upon an earlier plea of guilty to Conspiracy to Distribute a Quantity of Cocaine Base (Crack) in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 18, 2014, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 144 months.

Dustin Lee Locklear was released from custody on July 21, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 17, 2017, the defendant provided a urinalysis sample during a home contact at his residence in Maxton, North Carolina. The sample was sent to Alere Laboratories for testing and was confirmed positive for cocaine on October 22, 2017. On October 26, 2017, the defendant reported to the probation office and signed a voluntarily admission confirming his use of powder cocaine on or about October 14, 2017.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Henry Ponton<br>Henry Ponton<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2536<br>Executed On: November 08, 2017 |

Dustin Lee Locklear
Docket No. 7:14-CR-2-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___8___ day of ___November___, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge